**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 554 EAL 2018

           Respondent     :

                     :   Petition for Allowance of Appeal from

                     :   the Order of the Superior Court

          v.              :

                     :

CHAL KENNEDY,           :

                     :

           Petitioner     :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 27th day of March, 2019, the Petition for Allowance of Appeal is **DENIED**.